905 A.2d 870

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. GREGORY CLARK, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 871

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ORLANDO CRUZ, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.2d* 1195 (2006).

905 A.2d 871

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
JOHN M. GOLDEN, DEFENDANT–PETITIONER.

August 4, 2006.

ORDERED that the petition for certification is granted on the issue of defendant's sentence, and the matter is summarily remanded to the trial court for resentencing in light of the Court's decision in *State v. Pierce,* 188 *N.J.* 155, 902 *A.2d* 1195 (2006).